| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar#122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar # #228906 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559-487-5561 |
| 5 | Attorneys for Defendant |
| | WILLIAM ANTONIO GARCIA-MORENO |

**FILED**

MAY 24 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00041-DAD-BAM |
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE CASH BOND; ORDER** |
| vs. | |
| WILLIAM ANTONIO GARCIA-MORENO, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

Defendant Garcia-Moreno was sentenced May 23, 2016. Garcia-Moreno therefore requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Pursuant to the Court's order of March 16, 2016, setting conditions of release, Mr. Garcia-Moreno's sister, Ana Maria Mendez, posted $10,000:

| 03/16/2016 | 8 | CASH BOND POSTED as to William Antonio Garcia-Moreno in amount of $10,000.00, Receipt # CAE100031984. (Jessen, A) [1:11-mj-00202-SKO] (Entered: 03/16/2016) |
|---|---|---|

Additionally, it is requested that Mr. Garcia-Moreno's El Salvador Passport No. A00952900 be returned.

| 03/15/2016 | 7 | COLLATERAL RECEIVED as to William Antonio Garcia-Moreno: El Salvador Passport No. A00952900 from Williams Antonio Garcia-Moreno. (Lundstrom, T) [1:11-mj-00202-SKO] (Entered: 03/15/2016) |
|---|---|---|

-1-

1  Since no conditions of the bond remain to be satisfied, it is requested that these items be
2  returned.

3   Respectfully submitted,

4   HEATHER E. WILLIAMS
    Federal Defender
5

6  Date: May 23, 2016   /s/ Peggy Sasso
                         PEGGY SASSO
7                        Assistant Federal Defender
                         Attorney for Defendant
8                        WILLIAM ANTONIO GARCIA-MORENO

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash and passport to Ms. Ana Maria Mendez.

The court's financial department shall contact the Federal Defender to obtain Ms. Mendez's current address.

DATED: May 24, 2016

_____
DALE A. DROZD
United States District Judge

-2-